IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  1:06 CR134CAS(DDN) |
| | ) |
| MICHAEL MEADOR, | ) |
| | ) |
| Defendant. | ) |

**OFFICE OF THE FEDERAL PUBLIC**
**DEFENDER'S MOTION TO WITHDRAW**

COMES NOW the Office of the Federal Public Defender by and through Kevin C. Curran, Assistant Federal Public Defender, and moves to withdraw in the above styled cause.  Due to the nature and complexity of the charge, including the possibility of the government seeking a capital case, the Office of the Public Defender for the Eastern District of Missouri does not have sufficient resources and attorney time to properly represent the above styled defendant. For that reason, the Office moves to withdraw as counsel and requests that the Court appoint private counsel to represent the defendant.

Respectfully submitted,

/s/Kevin C. Curran
KEVIN C. CURRAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Cristian M. Stevens, Assistant United States Attorney.

        /s/Kevin C. Curran
        KEVIN C. CURRAN
        Assistant Federal Public Defender