# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date **6/29/09**  Case No. **1:06CR134 CDP**

UNITED STATES OF AMERICA vs. **Michael Meador**

Judge **Catharine D. Perry**  Deputy Clerk **M Berg**  Court Reporter **L. Shrum**

Interpreter _____  Probation Officer **Suzann Cross**

Assistant U.S. Attorney **Cristian Stevens, Thomas Dittmeier**

Defendant Attorney(s) **Christopher McGraugh, Burton Shostak**

☒ Defendant/Parties present for imposition of sentence
☒ Presentence Report adopted/accepted by Court as findings of fact, *but criminal history*   ☐ PSR filed under seal
☒ Sentence imposed (see judgment)
☐ Count(s) _____ dismissed on motion of AUSA
☐ Government's Motion pursuant to §5K1.1 is ☐ granted ☐ denied
☒ Objections to Presentence report heard and *ruled as follows:* ☐ granted as follows: ☐ denied as follows:
**I - the Offense Conduct - overruled; II Offense Level Computation - overruled; III - Criminal History Computation - granted.**

☐ The Court makes the following recommendations to the Bureau of Prisons:
_____
_____

☒ Defendant remanded to custody of the USMS
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   ☐ Surrender date _____
☐ Defendant is released on Probation pending processing by USMS

☒ Exhibits returned to and retained by counsel

Defendant attorney present at _____ a.m./p.m.
Proceedings commenced **2:13** a.m./**p.m.** Concluded **3:40** a.m./**p.m.**