RECEIVED
BY MAIL

FEB - 6 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CAPE GIRARDEAU DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

-VS-                        NO. 1:06-cr-00134-CDP

MICHAEL MEADOR                                    DEFENDANT

## MOTION FOR RETURN OF SEIZED PROPERTY

Comes the defendant, Michael Meador, "pro se", and pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, moves the Court for an Order directing the Government to make an immediate return of the following items of personal property which were sezied from him at the time of his arrest on the charges identified by the indictment in the above-style proceeding. The arrest date was: April 27, 2006. Those items are: $920.00 in U.S. Currency; one wallet; one cellphone; and one .22 calibre Phoeniz pistol (semi-auto). Although demand has been made by this movant for the return of said items, the responsible parties refuse to respond to his requests.

                          Respectfully submitted,
                          Michael Meador
                          Michael Meador # 32101-044
                          U.S.Penitentiary
                          P O Box   33
                          Terre Haute, In;d  47808

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed to the U.S. Attorney's Office, 325 Broadway, 2nd Floor Cape Girariau, MO  63701, by depositing same with the prison's legal mail depository, postage prepaid, this 3rd day of February, 2012

*Michael Meador*

DEFENDANT

MICHAEL MEADOR
Name

32101-044
Reg. No.

☐  *Federal Prison Camp*
*P.O. Box 12014*
*Terre Haute, IN 47801*

☐  *Federal Correctional Institution*
*P.O. Box 33*
*Terre Haute, IN 47808*

☐  *U.S. Penitentiary*
*P.O. Box 12015*
*Terre Haute, IN 47801*

RECEIVED
BY MAIL

FEB - 6 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

TERRE HAUTE IN 478

Clerk - U.S. District Court
555 Independence Street
Cape Girardiau, MO    63701


INMATE
IDENTIFICATION
CONFIRMED

LEGAL MAIL

63703+6235 C004