# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2952

Michael D. Meador

Petitioner

v.

United States of America

Respondent

___

Appeals from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:16-cv-00164-CDP)
(1:06-cr-00134-CDP-4)

___

**MANDATE**

In accordance with the judgment of 02/04/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 04, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit