UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:06-CR-00134-CDP |
| MICHAEL D. MEADOR, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jason S. Dunkel, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jason S. Dunkel*
JASON DUNKEL, #65886(MO)
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri  63102
Jason.Dunkel@usdoj.gov
Telephone: (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Jason S. Dunkel*
JASON DUNKEL, #65886(MO)
Assistant United States Attorney